IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| ROBERT BURRES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BIG CITY BREAD CAFE and<br>MATTHEW SCOTT,<br><br>　　　　Defendants. | CIVIL ACTION NO.<br><br>3:13-cv-75-CDL |

## **ORDER**

Upon reading the parties' Joint Motion for Order Approving Settlement Agreement and Stipulated Dismissal with Prejudice, seeking the Court's approval of the settlement of Plaintiff's claim under the Fair Labor Standards Act, and having considered the Settlement Agreement between Plaintiff and Defendants, the Court hereby finds that the Settlement Agreement is fair and reasonable. Accordingly, the parties' Motion is hereby GRANTED and the Clerk is DIRECTED to dismiss this action with prejudice, with each party bearing their own costs and attorneys' fees except as otherwise provided in the Settlement Agreement.

Entered this 31st day of October, 2013.

　　　　　　　　　　　　　　　　　　　　s/Clay D. Land
　　　　　　　　　　　　　　　　　　CLAY D. LAND
　　　　　　　　　　　　　　　　　　United States District Court Judge